# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Ariana Burton,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>Spring Mountain Treatment Center,<br><br>　　　　　　　Defendant. | Case No. 2:24-cv-00449-CDS-DJA<br><br>**Order** |

Before the Court is plaintiff Ariana Burton's application to proceed *in forma pauperis*. (ECF No. 1). However, Plaintiff's application contains contradictory information and incomplete answers to questions. In response to question one, Plaintiff asserts that she is incarcerated at the "Las Vegas Prison." But she has not filled out the application form for an inmate or provided the necessary financial forms for an application filed by an inmate. Additionally, on the docket, Plaintiff includes an address that does not correspond to any prison. In response to question three, Plaintiff has checked the box that she receives pension, annuity, or life insurance payments. But she has not stated the amount that she received and the amount she expects to receive in the future. In response to question eight, Plaintiff asserts that she has credit card debt, but does not describe the amounts owed and to whom they are payable. The Court will thus deny Plaintiff's application and require her to file a complete application on the correct form, providing complete answers to all questions and indicating whether or not she is incarcerated.

**IT IS THEREFORE ORDERED** that Plaintiff's application to proceed *in forma pauperis* (ECF No. 1) is **denied without prejudice and with leave to amend**. The Clerk of Court is kindly directed to send Plaintiff: (1) the approved form application for an inmate to proceed *in forma pauperis* as well at the accompanying information packet; and (2) the approved

short form application for a non-inmate to proceed *in forma pauperis*, as well as the accompanying information packet.

**IT IS FURTHER ORDERED** that Plaintiff shall have until **April 19, 2024** to file a complete application to proceed *in forma pauperis* on the correct form. **Failure to comply with this order may result in a recommendation of dismissal.**

DATED: March 20, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE