UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Ariana Burton,

    Plaintiff

v.

Spring Mountain Treatment Center,

    Defendant

Case No. 2:24-cv-00449-CDS-DJA

Order Adopting Magistrate Judge's Report and Recommendation and Closing Case

[ECF No. 8]

Magistrate Judge Daniel Albregts issued a report and recommendation (R&R) that this case be dismissed after plaintiff Ariana Burton failed to respond to an order to show cause for her failure to prosecute this case. R&R, ECF No. 8. Burton had until October 31, 2024, to lodge any objections to the R&R. *See id.* at 2; Local Rule IB 3-2(a) (stating that parties wishing to object to an R&R must file objections within fourteen days); *see also* 28 U.S.C. § 636(b)(1)(C) (same). As of the date of this order, Burton has not objected to the recommendation, nor has she requested more time to do so. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed." *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). Because no objection has been filed, I adopt the R&R in full and dismiss this action without prejudice for Burton's failure to prosecute.

## Conclusion

IT IS THEREFORE ORDERED that the magistrate judge's report and recommendation **[ECF No. 8] is adopted** in its entirety. This action is dismissed without prejudice. The Clerk of Court is kindly directed to enter judgment accordingly and to close this case.

Dated: November 12, 2024

_____
Cristina D. Silva
United States District Judge